are based upon the breach of a warranty or material representation as to unincumbered title. (*Hubbard* v. *Ohio Farmers Ins. Co.*, 224 App. Div. 249.) We are also of the opinion that the finding of title in the plaintiff was against the weight of the evidence. All concur; Edgcomb, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THEODORE MORRIS, Respondent, v. JOSEPH H. BROPHY, as Warden of Auburn State Prison, Appellant.— Order affirmed. All concur; Edgcomb, J., not sitting.

JOSEPH FARRELLY, an Infant, etc., Respondent, v. JOHN ROEBLING'S SONS and Another, Appellants.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. We find no adequate reason in the record for declaring a mistrial. Moreover the court was without power to impose upon the defendants the obligation to pay the sums fixed in the order. The nonsuit granted before the mistrial is a further bar to the order so far as it related to the defendant as to which the nonsuit was granted. All concur; Edgcomb, J., not sitting.

TOWN OF BRIGHTON, Appellant, v. ROCHESTER VULCANITE PAVEMENT COMPANY, Respondent, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. All concur; Edgcomb, J., not sitting.

TOWN OF BRIGHTON, Appellant, v. ROCHESTER VULCANITE PAVEMENT COMPANY and Another, Defendants, Impleaded with WILLIAM S. LOZIER, Respondent.— Order modified by striking out all provisions for inspection except those relating to the inspection of the cores themselves, and as so modified affirmed, without costs of this appeal to either party. All concur; Edgcomb, J., not sitting.

FRANCES MISKOW, an Infant, etc., Respondent, v. EARL B. CARR, Appellant.— Judgment affirmed, with costs. All concur; Edgcomb, J., not sitting.

SOPHIA MISKOW, Respondent, v. EARL B. CARR, Appellant.— Judgment affirmed, with costs. All concur; Edgcomb, J., not sitting.

JEWETT & COMPANY, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. All concur; Edgcomb, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LESLIE J. SCHUYLER, Appellant, v. MARIE W. THOMAS, Respondent.— Order affirmed, without costs of this appeal to either party. All concur; Edgcomb, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN COHEN, Alias CHICK COHEN, Appellant.— Judgment of conviction affirmed. All concur; Edgcomb, J., not sitting.

LEROY ERTEL, Respondent, v. GEORGE BECK, Appellant.— Order modified so as to provide for striking out the third cause of action alleged in the complaint, and as so modified affirmed, without costs of this appeal to either party. All concur; Edgcomb, J., not sitting.

ADDIE L. BRUSH, Respondent, v. HARRY M. BRUSH, Appellant.— Order reversed on the facts, without costs, and motion denied on ground that under the papers presented in this record there is insufficient probability of plaintiff's success in the action to warrant the granting of the order appealed from. (*Heyman* v. *Heyman*, 119 App. Div. 182; *DeVide* v. *DeVide*, 186 id. 814; *Domb* v. *Domb*, 195 id. 526.) All concur; Edgcomb, J., not sitting.

In the Matter of the Application of WILLARD V. GLERUM for an Order Determining the Lien of WILLIAM L. CLAY and Another, Copartners, etc.— Order